UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IONIA MOORE GILLIAM | CIVIL ACTION NO.: 1:17-cv-00733 |
| VERSUS | JUDGE: DEE D. DRELL |
| OUTBACK STEAKHOUSE AND GALLAGHER BASSETT | MAGISTRATE: JOSEPH H.L. PEREZ-MONTES |

_____

**ANSWER**
_____

**NOW INTO COURT**, through undersigned counsel, come defendants, OUTBACK STEAKHOUSE OF FLORIDA, LLC, AND GALLAGHER BASSETT SERVICES, INC., who for answer to plaintiff's petition deny each and every allegation thereof.  Further answering said petition, defendants respond as follows:

1.

Defendant, Outback Steakhouse of Florida, LLC, admits its status; defendant, Gallagher Bassett Services, Inc., denies its status as written; further responding, all other allegations contained in Paragraph 1 of plaintiff's petition are denied.

2.

The allegations contained in Paragraph 2 of plaintiff's petition are denied for lack of sufficient information to justify a belief therein.

3.

The allegations contained in Paragraph 3 of plaintiff's petition are denied as written.

4.

The allegations contained in Paragraph 4 of plaintiff's petition are denied for lack of sufficient information to justify a belief therein.

5.

The allegations contained in Paragraph 5 of plaintiff's petition are denied for lack of sufficient information to justify a belief therein.

6.

The allegations contained in Paragraph 6 of plaintiff's petition are denied for lack of sufficient information to justify a belief therein.

7.

The allegations contained in Paragraph 7 of plaintiff's petition are denied for lack of sufficient information to justify a belief therein.

8.

The allegations contained in Paragraph 8 of plaintiff's petition are denied for lack of sufficient information to justify a belief therein.

9.

The allegations contained in Paragraph 9 of plaintiff's petition are denied for lack of sufficient information to justify a belief therein.

10.

The allegations contained in Paragraph 10 of plaintiff's petition are denied for lack of sufficient information to justify a belief therein.

11.

The allegations contained in Paragraph 11 of plaintiff's petition are denied for lack of sufficient information to justify a belief therein.

12.

The allegations contained in Paragraph 12 of plaintiff's petition are denied for lack of sufficient information to justify a belief therein.

13.

The allegations contained in Paragraph 13 of plaintiff's petition are denied.

14.

The allegations contained in Paragraph 14 of plaintiff's petition are denied; Gallagher Bassett Services, Inc., is not an insurance company.

15.

The allegations contained in Paragraph 15 of plaintiff's petition are denied.

16.

The allegations contained in Paragraph 16 of plaintiff's petition are denied.

17.

The allegations contained in Paragraph 17 of plaintiff's petition are denied.

18.

The allegations contained in Paragraph 18 of plaintiff's petition are denied.

19.

The allegations contained in Paragraph 19 of plaintiff's petition are denied.

20.

Now, in the alternative, and only in the event that this Honorable Court should determine that defendants, or anyone for whom defendants may be held accountable, were guilty of negligence which was a proximate cause of the damages sued upon, then and in that event only, defendants affirmatively allege and aver that the negligence of the plaintiff may either bar

plaintiff's recovery totally or proportionately to the amount of her negligence as compared to the negligence of these defendants.

21.

Defendants pray for and are entitled to a reduction in liability for the damages claimed by the plaintiff in this proceeding to the extent that the negligence and/or fault of any other individuals, entities, and/or parties other than these defendants caused and/or contributed to the accident and resulting damages, if any, claimed in this matter.

22.

Defendants also pray for and are entitled to a reduction in liability based upon the percentage of negligence and/or fault of any other solidary obligors and/or tortfeasors released by the plaintiff in this proceeding.

23.

Defendants also pray for and are entitled to a reduction in liability for the damages claimed by the plaintiff in this proceeding to the extent that plaintiff has failed to mitigate her damages.

24.

Defendants respectfully prays for a trial by jury on all issues.

**WHEREFORE,** defendants, OUTBACK STEAKHOUSE OF FLORIDA, LLC, AND GALLAGHER BASSETT SERVICES, INC., respectfully pray that this Answer be deemed good and sufficient and that after all due proceedings and legal delays there be judgment rendered in

favor of defendants and against plaintiff, rejecting and denying plaintiff's claims, and that this suit be dismissed, with prejudice, and at plaintiff's costs.

AND FOR ALL GENERAL AND EQUITABLE RELIEF.

Respectfully Submitted:

**BOYER, HEBERT, ABELS & ANGELLE, LLC**

By: _____
**BRIAN K. ABELS, #24928**
**RHONDA S. SMITH, 30169**
1280 Del Este Avenue
Denham Springs, Louisiana 70726
Telephone: (225) 664-4335
Email: babels@bhaalaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of June, 2017, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all known counsel of record.

_____
**BRIAN K. ABELS**