| | |
|---|---|
| **IONIA MOORE GILLIAM** | **CIVIL ACTION NO. 17-CV-00733** |
| **VERSUS** | **CHIEF JUDGE DRELL** |
| **OUTBACK STAKHOUSE OF FLORIDA, L.L.C.,** *et al.* | **MAGISTRATE JUDGE PEREZ-MONTES** |

## *SUA SPONTE* JURISDICTIONAL BRIEFING ORDER

Before the Court is a Complaint removed from a Louisiana state court by Defendants Outback Steakhouse of Florida, L.L.C. and Gallagher Bassett Services, Inc. (Doc. 1). Defendants premise federal jurisdiction on diversity of citizenship.

The diversity statute – 28 U.S.C. § 1332 – is satisfied upon a showing of: (1) diversity of citizenship between the parties; and (2) an amount in controversy in excess of $75,000, exclusive of interest and costs. "Complete diversity requires that all persons on one side of the controversy be citizens of different states than all persons on the other side." Harvey v. Grey Wolf Drilling Co., 542 F.3d 1077, 1079 (5th Cir. 2008) (internal citation and quotation omitted). Further, "when jurisdiction depends on citizenship, citizenship must be *distinctly* and *affirmatively* alleged." Getty Oil Corp., a Div. of Texaco, Inc. v. Ins. Co. of N. Am., 841 F.2d 1254, 1259 (5th Cir. 1988). The Court has "an independent obligation to determine whether subject-matter jurisdiction exists, even in the absence of a challenge from any party." Arbaugh v. Y&H Corp., 546 U.S. 500, 514 (2006). This duty persists throughout all

phases of the litigation, "even after trial and the entry of final judgment." Id. at 506-07.

The citizenship of an individual is his or her domicile, meaning the place where an individual resides and intends to remain. Acridge v. Evangelical Lutheran Good Samaritan Soc., 334 F.3d 444, 448 (5th Cir. 2003). A corporation shall be deemed to be a citizen of every State and foreign state by which it has been incorporated and of the State or foreign state where it has its principal place of business. Tewari De-Ox Systems, Inc. v. Mountain States/Rosen, L.L.C., 757 F.3d 481, 483 (5th Cir. 2014). The citizenship of a general partnership depends on that of all partners. Int'l Paper Co. v. Denkmann Associates, 116 F.3d 134, 135, 137 (5th Cir. 1997). The citizenship of a limited liability company ("L.L.C."), a limited partnership, or other unincorporated association or entity is determined by the citizenship of all its members. Harvey, 542 F.3d at 1079-80.

Plaintiff Ionia Moore Gilliam is a Louisiana resident.

Defendants allege that Outback Steakhouse of Florida, L.L.C. is a Florida corporation with its principal place of business in Florida (Doc. 1). Defendants have not shown who the members of the Outback Steakhouse of Florida, L.L.C. are and their citizenships.

Defendants allege that Gallagher Bassett Services, Inc. is an Illinois corporation with its principal place of business in Illinois (Doc. 1).

Diversity of citizenship is not clear from the pleadings. Therefore, the existence of federal jurisdiction is in question.

The Clerk of Court is DIRECTED to serve a copy of this order upon all parties to this action IMMEDIATELY upon receipt of proof of service or an appearance.

IT IS ORDERED that, no later than **21 days** from service of this Order on Defendants, Defendants Outback Steakhouse of Florida, L.L.C. and Gallagher Bassett Services, Inc. SHALL FILE: (1) a Jurisdictional Memorandum setting forth the citizenship of all parties to this lawsuit, and the state of citizenship of each member as of the date of removal; and (2) a motion for leave to amend the jurisdictional allegations of the notice of removal 28 U.S.C. § 1653 to adequately allege diversity jurisdiction.

IT IS FURTHER ORDERED that Plaintiff will be allowed **seven days** from receipt of Defendants' memorandum regarding jurisdiction to file a response.

THUS DONE AND SIGNED in chambers in Alexandria, Louisiana, this  14th  day of June, 2017.

Joseph H.L. Perez-Montes
United States Magistrate Judge