U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

JUL 25 2017

TONY R. MOORE CLERK
BY _____
         DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

b

| | |
|---|---|
| IONIA MOORE GILLIAM | CIVIL ACTION NO. 17-CV-00733 |
| VERSUS | CHIEF JUDGE DRELL |
| OUTBACK STAKHOUSE OF FLORIDA, L.L.C., *et al.* | MAGISTRATE JUDGE PEREZ-MONTES |

## SECOND JURISDICTIONAL BRIEFING ORDER

Before the Court is a Complaint removed from a Louisiana state court by Defendants Outback Steakhouse of Florida, L.L.C. and Gallagher Bassett Services, Inc. (Doc. 1). Defendants premise federal jurisdiction on diversity of citizenship, and were ordered to file a Jurisdictional Memorandum showing the citizenship of Outback Steakhouse of Florida, L.L.C.

The citizenship of a limited liability company ("L.L.C."), a limited partnership, or other unincorporated association or entity is determined by the citizenship of all its members. Harvey v. Grey Wolf Drilling Co., 542 F.3d 1077, 1079-80 (5th Cir. 2008).

Defendants show the sole member/owner of Outback Steakhouse of Florida, L.L.C. is OSI Restaurant Partners, L.L.C., another limited liability company (Doc. 10). However, Defendants have not shown the member(s)/owner(s) of OSI Restaurant Partners, L.L.C. and their citizenship. Therefore, the citizenship of Outback Steakhouse of Florida, L.L.C. still cannot be determined.

Therefore, Defendants must specify the member(s)/owner(s) of the OSI Restaurant Partners, L.L.C. and their citizenship.

IT IS ORDERED that, no later than <u>fourteen days</u> from service of this Order on Defendants, Defendants Outback Steakhouse of Florida, L.L.C. and Gallagher Bassett Services, Inc. SHALL FILE: (1) another Jurisdictional Memorandum completely setting forth the citizenship of Outback Steakhouse of Florida, L.L.C. (and OSI Restaurant Partners, L.L.C.); and (2) a motion for leave to amend the jurisdictional allegations of the notice of removal 28 U.S.C. § 1653 to adequately allege diversity jurisdiction.

IT IS FURTHER ORDERED that Plaintiff will be allowed <u>seven days</u> from receipt of Defendants' memorandum regarding jurisdiction to file a response.

THUS DONE AND SIGNED in chambers in Alexandria, Louisiana, this 24 day of July, 2017.

_____
Joseph H.L. Perez-Montes
United States Magistrate Judge