U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

SEP 0 1 2017

TONY R. MOORE CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| IONIA MOORE GILLIAM | CIVIL ACTION NO. 17-CV-00733 |
| VERSUS | CHIEF JUDGE DRELL |
| OUTBACK STAKHOUSE OF FLORIDA, L.L.C., *et al.* | MAGISTRATE JUDGE PEREZ-MONTES |

## JURISDICTIONAL REVIEW FINDINGS

Before the Court is a Complaint removed from a Louisiana state court by Defendants Outback Steakhouse of Florida, L.L.C. and Gallagher Bassett Services, Inc. (Doc. 1). Defendants premise federal jurisdiction on diversity of citizenship, and were ordered to file a Jurisdictional Memorandum showing the citizenship of Outback Steakhouse of Florida, L.L.C.

The Court has "an independent obligation to determine whether subject-matter jurisdiction exists, even in the absence of a challenge from any party." Arbaugh v. Y & H Corp., 546 U.S. 500, 514 (2006). This duty persists throughout all phases of the litigation, even after trial and the entry of final judgment. See id. at 506-07.

Plaintiff Ionia Moore Gilliam is a Louisiana resident.

Defendants allege that Gallagher Bassett Services, Inc. is an Illinois corporation with its principal place of business in Illinois (Doc. 1).

Defendants show the sole member/owner of Outback Steakhouse of Florida, L.L.C. is OSI Restaurant Partners, L.L.C. (Doc. 10). The sole member of OSI Restaurant partners, L.L.C. is OSI HOLDCO, Inc., which is incorporated in Delaware and has its principal place of business in Florida. Therefore, Outback Steakhouse of Florida, L.L.C. is a citizen of Delaware and Florida.

Accordingly, diversity jurisdiction is established. No further action is necessary at this time. This finding is preliminary in nature, and may be reconsidered sua sponte or upon appropriate motion.

THUS DONE AND SIGNED in chambers in Alexandria, Louisiana, this 29th day of August, 2017.

Joseph H.L. Perez-Montes
United States Magistrate Judge